**Dillon**
District Judge
Assign. by Clerk's Ofc.

**Hoppe**
Mag. Referral Judge
Assign. by Clerk's Ofc.

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 20 2022

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

For use by Inmates filing a Complaint under
**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS
OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Derek Andrew Lawson                                    #61200004
Plaintiff full name                                    Inmate No.

v.                                    CIVIL ACTION NO. 7:22-CV-00024
                                                       (Assigned by Clerk's Office)

Amherst County Adult Detention Center
Defendant(s) full name(s)

*******************************************************************************
*The mailing address you provide at A: "where are you now?" is where the court will send mail to you*

A. **Where are you now?** Facility and Mailing Address Amherst County Adult Detention Center - P.O. Box 1150 Madison Heights, V.A. 24572

B. Where did this action take place? Amherst County Adult Detention Center

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?
   _____ Yes    ✓ No

If your answer to A is Yes, answer the following:
1. Court: ___
2. Case Number: ___

D. Have you filed any grievances regarding the facts of this complaint?
   ✓ Yes    _____ No

1. If your answer is Yes, indicate the result:
Refund denied: Facility refuses to aknowledge that funds were from a Stimulas Check.

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

My Stimulus checks were mailed to me while I was incarcerated at Riverside Regional Jail and deposited directly into my Inmate account. (cont. on extra page)

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Have jail aknowledge issue and refund money that was seized.

G. If this case goes to trial do you request a trial by jury?  Yes ✓   No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 1/17/2022    SIGNATURE: Derek Lawson

VERIFICATION:
I, Derek Andrew Lawson, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 1/17/2022    SIGNATURE: Derek Lawson

Claim #1 continued.

Shortly after recieving the Stimulas check of 1,400.00 I was transferred to Amherst County Adult Detention Center where I had previously been an inmate and owed debt. As soon as the money in my inmate account from Riverside was transferred here half of the money was taken and I'm assuming put towards debts I had to this jail. I was issued an inmate trust reciept for $1,355.00 but when I tried ordering commissary half of that ammount was missing. Recently this jail has been made aware by Supreme Court ruling that the taking of these funds wasn't acceptable and since then this jail has refunded inmates the money that was taken from their Stimulas checks. My Claim, this jail refuses to provide a refund for me because the funds came from a Riverside jail account. I have a copy of the Department of Treasury check that was mailed to me and reciepts from when it was deposited into my account (4/6/2021) up to when it was deposited into my account here on (4/19/2021). I've tried providing this paperwork by grievance forms and staff here refuses to look at them. The paperwork is my only copies and I didn't want to send them in this packet incase it gets lost. I would really appreciate any assisstance available. Thank you.

Derek Lawson #61200004
P.O. Box 1150
Madison Heights, V.A. 24572

Clerk, United
210 Franklin R
Roanoke, V.A. 24





States Dis. Court
d., SW, Suite 540
011-2208